Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 18–23407–MBK
                    Chapter: 7
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Martine Joseph
    dba MJ Tax Services
    31 Gaylord Circle
    Willingboro, NJ 08046

Social Security No.:
    xxx–xx–2277

Employer's Tax I.D. No.:
    20–5376441

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

    The Court having noted that:

☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 7/30/2018 in the amount of $ 85.00 has not been received by the Clerk,

☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

    It is hereby

    ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 8/14/18 or the case will be dismissed.

    If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 8/14/18.

    If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Michael B. Kaplan on

Date: August 22, 2018
Time: 10:00 a.m.
Location: Courtroom 8
  Address:    Clarkson S. Fisher Courthouse
                 402 East State Street
                 Trenton, NJ 08608–1507

Dated: July 31, 2018
JAN: wir

<u>Michael B. Kaplan</u>
United States Bankruptcy Judge