Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23407−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Martine Joseph
   dba MJ Tax Services
   31 Gaylord Circle
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2277

Employer's Tax I.D. No.:
   20−5376441

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 7/30/2018 in the amount of $ 85.00 has not been received by the Clerk,

☐    The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

It is hereby

ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 8/14/18 or the case will be dismissed.

If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 8/14/18.

If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Michael B. Kaplan on

Date: August 22, 2018
Time: 10:00 a.m.
Location: Courtroom 8
Address:    Clarkson S. Fisher Courthouse
            402 East State Street
            Trenton, NJ 08608−1507

Dated: July 31, 2018
JAN: wir

<u>Michael B. Kaplan</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 18-23407-MBK
Martine Joseph　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Jul 31, 2018
　　　　　　　　　　　　　　Form ID: oscmlfee　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2018.
db　　　　　　+Martine Joseph,    31 Gaylord Circle,    Willingboro, NJ 08046-3305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg　　　　　　+E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2018 00:26:57      United States Trustee,
　　　　　　　　 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
　　　　　　　　 Newark, NJ 07102-5235
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2018 at the address(es) listed below:
　　　　　　Daniel E. Straffi    bktrustee@straffilaw.com,
　　　　　 G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.epiqsystems.com
　　　　　　Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
　　　　　 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
　　　　　　U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3