Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 18–23407–MBK
          Chapter: 7
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Martine Joseph
  dba MJ Tax Services
  31 Gaylord Circle
  Willingboro, NJ 08046

Social Security No.:
  xxx–xx–2277

Employer's Tax I.D. No.:
  20–5376441

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO MAKE INSTALLMENT
PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES**

    The Court having noted that:

☐    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on in the amount of $ has not been received by the Clerk,

☑    The debtor filed a Amendment To Schedules on August 16, 2018 that requires the payment of a fee in the amount of $ 31.00, and that the fee has not been received by the Clerk,

    It is hereby

    ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 9/4/18 or the case will be dismissed.

    If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 9/4/18.

    If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Michael B. Kaplan on

Date: September 12, 2018
Time: 8
Location: Courtroom 10:00 am
  Address:    Clarkson S. Fisher Courthouse
                402 East State Street
                Trenton, NJ 08608–1507

Dated: August 20, 2018
JAN: wdr

<u>Michael B. Kaplan</u>
United States Bankruptcy Judge