Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.: 18−23407−MBK
                      Chapter: 7
                      Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Martine Joseph
    dba MJ Tax Services
    31 Gaylord Circle
    Willingboro, NJ 08046

Social Security No.:
    xxx−xx−2277

Employer's Tax I.D. No.:
    20−5376441

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

    The Court having noted that:

☐    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on in the amount of $ has not been received by the Clerk,

☑    The debtor filed a Amendment To Schedules on August 16, 2018 that requires the payment of a fee in the amount of $ 31.00, and that the fee has not been received by the Clerk,

    It is hereby

    ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 9/4/18 or the case will be dismissed.

    If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 9/4/18.

    If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Michael B. Kaplan on

Date: September 12, 2018
Time: 8
Location: Courtroom 10:00 am
  Address:    Clarkson S. Fisher Courthouse
              402 East State Street
              Trenton, NJ 08608−1507


Dated: August 20, 2018
JAN: wdr

<u>Michael B. Kaplan</u>
United States Bankruptcy Judge

Case 18-23407-MBK    Doc 29    Filed 08/22/18    Entered 08/23/18 00:36:43    Desc Imaged
Certificate of Notice    Page 3 of 3

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                              Case No. 18-23407-MBK
Martine Joseph                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin              Page 1 of 1        Date Rcvd: Aug 20, 2018
                             Form ID: oscmlfee        Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db             +Martine Joseph,   31 Gaylord Circle,   Willingboro, NJ 08046-3305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 20 2018 23:41:20      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
                                                                                               TOTAL: 1

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4