UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Martine, Joseph

Case No.: __18-23407__
Chapter: __7__
Judge: __MBK__

## NOTICE OF PROPOSED ABANDONMENT

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on ___December 3, 2018___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:    31 Gaylord Circle
Willingboro, NJ
FMV - +/-$ 185,000.00

Liens on property:      Specialized Loan Servicing, LLC- $ 470,640.39

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt:   $23,675.00

Objections must be served on, and requests for additional information directed to:

Name:    Daniel E. Straffi, Esq.
Address:    670 Commons Way Toms River, NJ 08755
Telephone No.:   732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-23407-MBK
Martine Joseph                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Oct 24, 2018
                              Form ID: pdf905          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2018.
```
db          +Martine Joseph,   31 Gaylord Circle,   Willingboro, NJ 08046-3305
517710031   +Aline Jules,   3811 39th Ave N,   St Petersburg, FL 33714-4411
517708017   +Boston Gas,   300 Erie Blvd W,   Syracuse, NY 13202-4201
517708016   +Bureau of UC Benefits Allowances,   Labor Industry Building,   651 Boas St,
              Harrisburg, PA 17121-0725
517710028   +Camden Catholic High School,   300 Cutebert Blvd,   Cherry Hill, NJ 08002-2999
517708013   +Credit Acceptance Corp,   POB 5070,   Southfield, MI 48086-5070
517709944   +First Federal Credit Control,   24700 Chagrin Blvd,   Suite 205,   Cleveland, OH 44122-5662
517710029   +Greendot Bank,   POB 5100,   Pasadena, CA 91117-0100
517708015   +Lomax Title Loan,   1517 N Dupont Hwy,   Wilmington Manor , DE 19720-1901
517710023   +Receivable Management SE,   240 Emery St,   Bethlehem, PA 18015-1980
517708014    Santander Consumer USA,   Fort Worth, TX  75161
517627957   +Specialized Loan Servicing LLC,   8742 Lucent Blvd.,   Littleton, CO 80129-2386
517710026   +Strayer University,   2303 Dulles Station,   Mail Stop 6E,   Herndon, VA 20171-6353
517710027   +TIAA,   POB 1259,   Charlotte, NC 28201-1259
517710030    Westbank Fingerhut Fresh,   Ridgewood Rd,   Saint Cloud, MN  56303
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2018 00:26:02      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2018 00:25:59      United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517710022   +E-mail/PDF: pa_dc_claims@navient.com Oct 25 2018 00:31:49      Navient,   POB 9635,
              Wilkes Barre, PA 18773-9635
517710025   +E-mail/Text: bankruptcy@pseg.com Oct 25 2018 00:25:06      PSEG,   POB 490,
              Cranford, NJ 07016-0490
517710024    E-mail/Text: appebnmailbox@sprint.com Oct 25 2018 00:25:57      Sprint,   POB 4191,
              Carol Stream, IL  60197
                                                                                             TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517710021    Kohls Department Store,   POB 3115
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:
```
          Daniel E. Straffi    bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
           iqsystems.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
           iqsystems.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```