Form 169 – ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−23407−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Martine Joseph
   dba MJ Tax Services
   31 Gaylord Circle
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2277

Employer's Tax I.D. No.:
   20−5376441

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

   An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by Martine Joseph.

   Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Michael B. Kaplan on:

Date:             December 3, 2018
Time:                  10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507


Dated: November 8, 2018
JAN: wir

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-23407-MBK
Martine Joseph                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 08, 2018
                              Form ID: 169             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
```
db              +Martine Joseph,    31 Gaylord Circle,    Willingboro, NJ 08046-3305
517710031       +Aline Jules,    3811 39th Ave N,    St Petersburg, FL 33714-4411
517708017       +Boston Gas,    300 Erie Blvd W,    Syracuse, NY 13202-4201
517708016       +Bureau of UC Benefits Allowances,    Labor Industry Building,    651 Boas St,
                  Harrisburg, PA 17121-0725
517710028       +Camden Catholic High School,    300 Cutebert Blvd,    Cherry Hill, NJ 08002-2999
517708013       +Credit Acceptance Corp,    POB 5070,    Southfield, MI 48086-5070
517709944       +First Federal Credit Control,    24700 Chagrin Blvd,    Suite 205,    Cleveland, OH 44122-5662
517710029       +Greendot Bank,    POB 5100,    Pasadena, CA 91117-0100
517708015       +Lomax Title Loan,    1517 N Dupont Hwy,    Wilmington Manor , DE 19720-1901
517710023       +Receivable Management SE,    240 Emery St,    Bethlehem, PA 18015-1980
517708014        Santander Consumer USA,    Fort Worth, TX 75161
517627957       +Specialized Loan Servicing LLC,    8742 Lucent Blvd.,    Littleton, CO 80129-2386
517710026       +Strayer University,    2303 Dulles Station,    Mail Stop 6E,    Herndon, VA 20171-6353
517710027       +TIAA,    POB 1259,    Charlotte, NC 28201-1259
517710030        Westbank Fingerhut Fresh,    Ridgewood Rd,    Saint Cloud, MN 56303
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2018 23:58:14      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2018 23:58:10      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517710022       +E-mail/PDF: pa_dc_claims@navient.com Nov 09 2018 00:06:28      Navient,    POB 9635,
                  Wilkes Barre, PA 18773-9635
517710025       +E-mail/Text: bankruptcy@pseg.com Nov 08 2018 23:57:00      PSEG,    POB 490,
                  Cranford, NJ 07016-0490
517710024        E-mail/Text: appebnmailbox@sprint.com Nov 08 2018 23:58:05      Sprint,    POB 4191,
                  Carol Stream, IL 60197
                                                                                              TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517710021        Kohls Department Store,    POB 3115
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
```
              Daniel E. Straffi     bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Daniel E. Straffi     on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
               iqsystems.com
              Denise E. Carlon     on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```