**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Martine Joseph** | Social Security number or ITIN    xxx–xx–2277 |
| | First Name    Middle Name    Last Name | EIN    20–5376441 |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–23407–MBK | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Martine Joseph
dba MJ Tax Services

12/12/18

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Martine Joseph
      Debtor

Case No. 18-23407-MBK
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Dec 12, 2018
                    Form ID: 318      Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
```
db          +Martine Joseph,    31 Gaylord Circle,    Willingboro, NJ 08046-3305
517710031   +Aline Jules,    3811 39th Ave N,    St Petersburg, FL 33714-4411
517708017   +Boston Gas,    300 Erie Blvd W,    Syracuse, NY 13202-4201
517708016   +Bureau of UC Benefits Allowances,    Labor Industry Building,    651 Boas St,
              Harrisburg, PA 17121-0725
517710028   +Camden Catholic High School,    300 Cutebert Blvd,    Cherry Hill, NJ 08002-2999
517708013   +Credit Acceptance Corp,    POB 5070,    Southfield, MI 48086-5070
517709944   +First Federal Credit Control,    24700 Chagrin Blvd,    Suite 205,    Cleveland, OH 44122-5662
517710029   +Greendot Bank,    POB 5100,    Pasadena, CA 91117-0100
517708015   +Lomax Title Loan,    1517 N Dupont Hwy,    Wilmington Manor , DE 19720-1901
517710023   +Receivable Management SE,    240 Emery St,    Bethlehem, PA 18015-1980
517708014    Santander Consumer USA,    Fort Worth, TX  75161
517627957   +Specialized Loan Servicing LLC,    8742 Lucent Blvd.,    Littleton, CO 80129-2386
517710026   +Strayer University,    2303 Dulles Station,    Mail Stop 6E,    Herndon, VA 20171-6353
517710027   +TIAA,    POB 1259,    Charlotte, NC 28201-1259
517710030    Westbank Fingerhut Fresh,    Ridgewood Rd,    Saint Cloud, MN  56303
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2018 00:51:54    U.S. Attorney,    970 Broad St.,
             Room 502,  Rodino Federal Bldg.,  Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2018 00:51:52    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517710022   +EDI: NAVIENTFKASMSERV.COM Dec 13 2018 05:28:00    Navient,    POB 9635,
             Wilkes Barre, PA 18773-9635
517710025   +E-mail/Text: bankruptcy@pseg.com Dec 13 2018 00:51:07    PSEG,    POB 490,
             Cranford, NJ 07016-0490
517710024    EDI: NEXTEL.COM Dec 13 2018 05:29:00    Sprint,    POB 4191,    Carol Stream, IL  60197
                                                                                      TOTAL: 5
```

```
      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517710021    Kohls Department Store,    POB 3115
                                                           TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
```
              Daniel E. Straffi    bktrustee@straffilaw.com,
              G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
              iqsystems.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
              G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
              iqsystems.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON et al ...
              dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 4
```